ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| SLSCO, Ltd. | ) | ASBCA Nos. 63159, 63160, 63161 |
| | ) | 63162, 63163 |
| | ) | |
| Under Contract No. W9126G-19-D-0021 | ) | |
| T.O. W50UW8-20-F-0010 | ) | |

APPEARANCES FOR THE APPELLANT:     Dean W. Baxtresser, Esq.
David R. Hazelton, Esq.
Walter A. Perry, Esq.
Anne W. Robinson, Esq.
Leah Friedman, Esq.
  Latham & Watkins LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Joseph C. Mobbley, Esq.
Joseph E. Merrion, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Phoenix

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  July 27, 2022

_____
HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63159, 63160, 63161, 63162, 63163, Appeals of SLSCO, Ltd., rendered in conformance with the Board's Charter.

Dated:  July 27, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals